

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN BOYD,<br><br>        Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. CV 15-05815 MWF (AFM)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 26, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE